The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR14-5300RBL |
|---|---|
| Plaintiff, | GOVERNMENT'S [PROPOSED] ORDER TO SEAL |
| v. | |
| WADE WILLIAMS, | |
| Defendant. | |

Based on the Government's Motion to Seal in the above-captioned case and the reasons set forth therein,

It is hereby ORDERED that the Govenrment's Exhibits B through F to its Sentencing Memorandum shall be sealed and remain sealed until further order of the Court.

DATED this 27th day of May, 2015.

RONALD B. LEIGHTON
U.S. District Court Judge

Presented by:

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney

GOVERNMENT'S [PROPOSED] ORDER TO SEAL - 1
UNITED STATES v. Williams, CR14-5300RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOVERNMENT'S [PROPOSED] ORDER TO SEAL - 2
UNITED STATES v. Williams, CR14-5300RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970