JUDGE RONALD B. LEIGHTON

FILED LODGED
RECEIVED

MAY 27 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-5300 RBL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER TO SEAL DOCUMENT |
| WADE WILLIAMS, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant to file Exhibit 6 to the Defendant's Sentencing Memorandum (Dkt. 57-6) under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Exhibit 6 to the Defendant's Sentencing Memorandum (Dkt. 57-6) be filed under seal.

DATED this 27th day of May, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Miriam Schwartz*
s/ *Dennis Carroll*
Assistant Federal Public Defenders
Attorneys for Wade Williams

ORDER TO SEAL DOCUMENT
(*United States v. Williams*; CR14-5300 RBL) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710